

# Case Assignment
## Standard Civil Assignment

Case number 5:20CV-200-TBR

Assigned : Senior Judge Thomas B. Russell
Judge Code : 4413

Assigned on 12/18/2020 8:39:24 AM
Transaction ID: 49362

[ Request New Judge ]    [ Return ]