**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:20-CV-200-TBR**

LAYLA KUNKLE                                                                              PLAINTIFF

V.

TRIGG COUNTY FISCAL COURT, *et al.*                                    DEFENDANTS

### ORDER OF REFERRAL FOR SETTLEMENT

**IT IS ORDERED** that pursuant to Title 28, United States Code, Section 636(b)(l)(A), this matter is referred to United States Magistrate Judge Lanny King, for a **settlement conference.**

**Counsel are instructed to <u>jointly</u> contact Judge King's chambers to secure a date of the settlement conference.**

*Thomas B. Russell* (signature)

**Thomas B. Russell, Senior Judge**
**United States District Court**
January 19, 2021

cc: Counsel
     Magistrate Judge King
     Case Manager