UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:20-CV-00200-TBR-LLK

LAYLA KUNKLE                                                                    PLAINTIFF

v.

CITY OF PEMBROKE, *et al.*                                          DEFENDANTS

## SETTLEMENT CONFERENCE ORDER

Senior Judge Thomas B. Russell referred this matter to Magistrate Judge Lanny King to conduct a settlement conference.  [DN 6].

**IT IS HEREBY ORDERED**:

**Counsel shall review the entirety of this Order.  Counsel shall further send a copy of the Order and discuss it in detail with his or her client(s), as well as any persons required to attend the settlement conference (*see infra*).  Anyone who fails to comply with any provision of this Order may be subject to the full range of sanctions authorized by law.**

A settlement conference is set to take place via Zoom™ on **March 24, 2021, commencing at 10:00 a.m. Central Time (11:00 a.m. Eastern Time)**.  In addition to counsel who will try the case being present, it is required that each party, armed with full discretion, shall also attend in person.  If a corporation or other collective entity is a party, a duly authorized party representative shall be present.  The party representative must have **full settlement authority**, meaning he or she must be fully authorized to approve a settlement and must have authority to change the party's valuation of the case and settlement posture at any point during the conference.  If a party representative has a limit, or "cap," on his or her authority, or requires telephone consultation with

1

the corporate office, this requirement is not satisfied.[1] **Do not fail to bring your client, or a fully authorized client representative, to the settlement conference via Zoom.**

Unless specifically authorized in advance by the undersigned, all parties must participate in the conference via Zoom. Participation by telephone, through another video conferencing platform, or other remote means is not permitted.

All persons attending the settlement conference shall do so through use of a Zoom meeting link to be provided to counsel of record by the undersigned's Chambers no later than forty-eight hours before the scheduled conference. Counsel of record shall be responsible for forwarding that link to the attendee(s) for his or her client. Neither counsel of record nor any attendee shall provide or otherwise share the meeting link with any person who is not attending the settlement conference pursuant to this Order. If a participant is disconnected during the settlement conference, that participant may rejoin the conference at any time via the Zoom meeting link provided.

All persons shall attend the settlement conference via video. The Zoom conference should be accessible from any Apple or Android mobile device or any Windows or macOS computer that is or can be equipped with both a web cam and a microphone. However, no party may participate through use of a Chromebook or device running Chrome OS. The participants are responsible for ensuring that they have access to a device with these capabilities, including a webcam. If an attendee does not have access to a device with these capabilities, they shall contact the undersigned's Chambers immediately to see if other arrangements can be made for the attendee's participation. Though the settlement conference is scheduled to begin as set forth above, the Zoom

---

[1] *See Holly v. UPS Supply Chain Sols., Inc.*, No. 3:13-CV-980-DJH-CHL, DN 38 (W.D. Ky. Mar. 27, 2015), *objections overruled by* No. 3:13-CV-980-DJH-CHL, DN 58, 2015 WL 4776904, at *5-6, (W.D. Ky. Aug. 12, 2015) (Imposing sanctions for appearing at a settlement conference with representative who had to "call the home office" to obtain variance from a predetermined cap on authority in violation of the settlement conference order.).

2

meeting link will open thirty minutes prior to the settlement conference. All participants shall log on in sufficient time prior to the start of the settlement conference to ensure they are able to successfully access the meeting and that their web cam and microphone are functioning normally.

When a participant logs on to Zoom, he or she will be provided with an opportunity to enter his or her name. The participant should enter both his or her name and role (e.g. counsel for plaintiff, plaintiff, defendant's representative, etc.) in the space provided.

Though the undersigned is conducting the settlement conference via Zoom, counsel and all participants are advised to behave as though the settlement conference is being conducted in-person at the courthouse. However, the undersigned understands that given COVID-19 and the realities of working from home, the participants may be juggling attendance at the settlement conference with other responsibilities, including care for children or other family members. All attendees should strive to ensure that they can be generally present for the duration of the settlement conference while juggling these other responsibilities and should advise the undersigned's Chambers prior to the settlement conference if they foresee any problems.

No later than the close of business on **March 17, 2021**, the Parties shall deliver directly to the Magistrate Judge, ex parte settlement conference statements that specify their respective settlement positions and **must include the following** (or state if any of the requested information is unknown):

1) A candid assessment of the strengths and weaknesses of both sides of the case;

2) An appraisal of the issue of liability;

3) A listing of the parties and the names and job titles of the party representative(s) who will be attending the settlement conference as well as a description of their relationship to the case at issue;

4)  A description of any applicable or potentially applicable insurance coverage;

5)  An itemization of special damages and evaluation of causation for same;

6)  An evaluation of non-economic damages and evaluation of causation for same;

7)  A description of the status of discovery to date and discovery to be taken in the future;

8)  An assessment of the economic cost of proceeding to trial;

9)  The status of settlement negotiations to date, including the amounts of any offers/demands made by each party; and

10) A description of any special terms, such as a confidentiality or indemnity provision, the party is requesting be included in a final settlement agreement.  A party requesting any such special terms shall prepare a draft settlement agreement in advance of the settlement conference and be prepared to present a copy of same at any time throughout the settlement conference.  The draft settlement agreement is not required to be attached to the settlement conference statement.

Each statement is to be furnished only to the Court and not the other side.  **The statements shall not be filed with the Clerk of the Court, but shall be furnished by emailing same to the undersigned, in .pdf format, to Judge_King_Chambers@kywd.uscourts.gov**.

All counsel are advised that the Magistrate Judge may conduct *ex parte* **calls** in advance of the settlement conference regarding attendance at the conference, the party's valuation of the case, and other matters related to settlement only.

**IT IS FURTHER ORDERED** that at least 14 days prior to the settlement conference, Plaintiff's counsel shall submit a written itemization of damages and settlement demand to Defendant's counsel with a brief explanation of why such a settlement is appropriate.  No later

than 7 days prior to the settlement conference, Defendant's counsel shall submit a written offer to Plaintiff's counsel with a brief explanation of why such a settlement is appropriate.

**IT IS FURTHER ORDERED** that if a party believes that special circumstances justify an exception to any part of this Order, including the individuals required to attend the conference, counsel for that party must contact Judge King's chambers by e-mail at Judge_King_Chambers@kywd.uscourts.gov at least fourteen (14) days before the date of the scheduled conference.  An exception to this Order will only be granted for extraordinary circumstances.  No exception will be effective until it has been approved by the Court.

**IT IS SO ORDERED.**

January 21, 2021

**Lanny King, Magistrate Judge**
**United States District Court**

C:       Counsel of Record