# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| **LAYLA KUNKLE** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 5:20-CV-200-TBR |
| ) | |
| **TRIGG COUNTY FISCAL COURT,** ) | |
| **JASON BARNES; DOUG LATHAM;** ) | |
| **MICHAEL PARKER; MAJOR JIMMY** ) | |
| **GODAIR; JEFF ARENA; TRIGG** ) | |
| **COUNTY BOARD OF EDUCATION;** ) | |
| **and JAMES MANGELS** ) | |
| ) | |
| **Defendants.** ) | |

H. Randall Redding, Jennifer Parker Andrews and Sharon W. Farmer, of King, Deep and Branaman, hereby serve notice of their entry of appearance as counsel of record for Defendants, Trigg County Board of Education and James Mangels ("Defendants").

Counsel for Defendants respectfully request that they be included on the distribution lists for all court orders, pleadings and any other documentation pertaining to this case.

This notice is filed only for the purpose of obtaining all court filings, and Defendant specifically reserves the right to all affirmative defenses, including those available under Federal Rule of Civil Procedure 12, which may be asserted in a responsive pleading or motion.

                                                      Respectfully submitted,

                                                      */s/ H. Randall Redding*
                                                      H. RANDALL REDDING
                                                      JENNIFER PARKER ANDREWS
                                                      SHARON W. FARMER
                                                      KING, DEEP and BRANAMAN
                                                      127 North Main Street
                                                      Post Office Box 43
                                                      Henderson, Kentucky 42419-0043

        Telephone:  (270) 827-1852
        Facsimile:   (270) 826-7729
        rredding@kdblaw.com
        jandrews@kdblaw.com
        sfarmer@kdblaw.com
        COUNSEL FOR DEFENDANT,
        TRIGG COUNTY BOARD OF
        EDUCATION and JAMES MANGELS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Entry of Appearance was served via the Court's CM/ECF filing system on this the 28th day of January, 2021 in accordance with the procedures established by the Court.

        */s/ H. Randall Redding*
        COUNSEL FOR DEFENDANT