253008

*Electronically Filed*
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 20-CV-00200-TBR

LAYLA KUNKLE                                                                                          PLAINTIFF

v.                    **AGREED ORDER EXTENDING DEADLINE**

TRIGG COUNTY FISCAL COURT
JASON BARNES, individually and in his capacity as
Trigg County Sheriff
DOUG LATHAM, individually and in his official capacity
MICHAEL PARKER, individually and in his official capacity
MAJOR JIMMY GODAIR, individually and in his official capacity
JEFF ARENA, individually and in his official capacity
TRIGG COUNTY BOARD OF EDUCATION
JAMES MANGELS, individually and in his official capacity                        DEFENDANTS

The parties, by and through counsel, having agreed to an extension of time in which Defendants must file responsive pleadings to the Complaint; and the Court now being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Defendants' responsive pleadings to Plaintiff's Complaint are due by no later than March 29, 2021.

cc: counsel

HAVE SEEN AND AGREED:

  /s/ Wes Sullenger (with permission)
D. WES SULLENGER
SULLENGER LAW OFFICE, PLLC
629 WASHINGTON STREET
PADUCAH, KY 42003
wes@sullengerfirm.com
*Attorney for Plaintiff*

  /s/ Aaron D. Smith (with permission)
AARON D. SMITH
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 COLLEGE STREET, P.O. BOX 770
BOWLING GREEN, KY 42102-0770
asmith@elpolaw.com
*Attorneys for Trigg County Sheriff Defendants*

  /s/ Thomas N. Kerrick (with permission)
THOMAS N. KERRICK
KERRICK BACHERT
1025 STATE STREET
BOWLLING GREEN, KY 42101
tkerrick@kerricklaw.com
*Attorney for Doug Latham*

  /s/ H. Randall Redding (with permission)
H. RANDALL REDDING
KING, DEEP AND BRANAMAN
127 NORTH MAIN STREET
HENDERSON, KY 42419-0043
rredding@kdblaw.com
*Attorneys for Trigg County Board of Education*

/s/ Stacey A. Blankenship
STACEY A. BLANKENSHIP
KRISTEN N. WORAK
KEULER, KELLY, HUTCHINS,
BLANKENSHIP & SIGLER LLP
100 S 4TH ST, SUITE 400
PADUCAH, KY 42001
EMAIL: sblankenship@kkhblaw.com
EMAIL: kworak@kkhblaw.com
*Attorneys for Defendant Trigg County Fiscal Court*