UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISON
CIVIL ACTION NO. 5:20-CV-200-TBR

*Electronically Filed*

LAYLA KUNKLE                                                                                              PLAINTIFF

V.                              **ENTRY OF APPEARANCE**

TRIGG COUNTY FISCAL COURT,
JASON BARNES;
DOUG LATHAM;
MICHAEL PARKER;
MAJOR JIMMY GODAIR;
JEFF ARENA;
TRIGG COUNTY BOARD OF EDUCATION;
JAMES MANGELS                                                                                          DEFENDANTS

      Thomas N. Kerrick, Matthew P. Cook, and the firm Kerrick Bachert, PSC, 1025 State Street, Bowling Green, Kentucky 42101, telephone (270)782-8160, tkerrick@kerricklaw.com and mcook@kerricklaw.com hereby enter their appearance as counsel of record for Defendant, Doug Latham, in the above-styled action.

      This 3rd day of March, 2021.

      KERRICK BACHERT PSC
      1025 State Street
      P.O. Box 9547
      Bowling Green, KY 42101
      Telephone: (270)782-8160
      Fax – (270) 782-5856
      tkerrick@kerricklaw.com
      mcook@kerricklaw.com

      /s/Matthew P. Cook
      Thomas N. Kerrick
      Matthew P. Cook
      *Attorneys for Defendant, Doug Latham*

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served via the Court's CM/ECF filing system on this the 3rd day of March, 2021, in accordance with the procedures established by the Court.

                /s/Matthew P. Cook
                Matthew P. Cook
                *Attorney for Defendant, Doug Latham*