253008

*Electronically Filed*
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 20-CV-00200-TBR

LAYLA KUNKLE                                                                                                          PLAINTIFF

v.                            **AGREED ORDER EXTENDING DEADLINE**

TRIGG COUNTY FISCAL COURT
JASON BARNES, individually and in his capacity as
Trigg County Sheriff
DOUG LATHAM, individually and in his official capacity
MICHAEL PARKER, individually and in his official capacity
MAJOR JIMMY GODAIR, individually and in his official capacity
JEFF ARENA, individually and in his official capacity
TRIGG COUNTY BOARD OF EDUCATION
JAMES MANGELS, individually and in his official capacity                          DEFENDANTS

The parties, by and through counsel, having agreed to an extension of time in which Defendants must file responsive pleadings to the Complaint; and the Court now being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Defendants' responsive pleadings to Plaintiff's Complaint are due by no later than March 29, 2021.

*[signature: Thomas B. Russell]*

**Thomas B. Russell, Senior Judge**
**United States District Court**

cc: counsel

March 11, 2021