UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH
CASE NO. 5:20-CV-00200

LAYLA KUNKLE                                                                                              PLAINTIFF

V.                    **NOTICE OF ENTRY OF APPERANCE**

TRIGG COUNTY FISCAL COURT;
JASON BARNES;
DOUG LATHAM;
MICHAEL PARKER;
JIMMY GODAIR;
JEFF ARENA; and
TRIGG COUNTY BOARD OF EDUCATION                                         DEFENDANTS

Notice is hereby provided that Aaron D. Smith and the firm of English, Lucas, Priest & Owsley, LLP hereby enters his appearance on behalf of Defendant, Jason Barnes, Individually and in his Official Capacity as Trigg County Sheriff.

In entering this appearance of counsel, Defendant does not waive any defenses and/or rights. Defendant specifically reserves all defenses available at common law and pursuant to FRCP 8(c) and FRCP 12(b).

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
Telephone: (270) 781-6500
Facsimile: (270) 782-7782
E-Mail: asmith@elpolaw.com


*s/Aaron D. Smith*_____
AARON D. SMITH
JESSICA R. SHOULDERS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send electronic notice to all counsel of record.

                                      */s/ Aaron D. Smith*
                                      AARON D. SMITH