UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:20-CV-00200-TBR-LLK

LAYLA KUNKLE                                                        PLAINTIFF

v.

TRIGG COUNTY FISCAL COURT, *et al.*                         DEFENDANTS

## JUDGE'S REPORT

Senior Judge Thomas B. Russell referred this matter to U.S. Magistrate Judge Lanny King to conduct a settlement conference. [DN 6].

A settlement conference was held in this matter on March 24, 2021, [DN 7], with all parties attending and represented by counsel. Following negotiations between the Court and counsel and/or the Parties, the undersigned reports that the parties were able to reach an amicable resolution.

The Parties are directed to submit an Agreed Order of Dismissal to Judge Russell within thirty days of the entry of this Report.

**Lanny King, Magistrate Judge**
**United States District Court**

March 26, 2021

c:      Counsel of Record
p:      5.48