255760

*Electronically Filed*
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 20-CV-00200-TBR

LAYLA KUNKLE                                                                                          PLAINTIFF

v.                          **AGREED ORDER OF DISMISSAL**

TRIGG COUNTY FISCAL COURT
JASON BARNES, individually and in his capacity as
Trigg County Sheriff
DOUG LATHAM, individually and in his official capacity
MICHAEL PARKER, individually and in his official capacity
MAJOR JIMMY GODAIR, individually and in his official capacity
JEFF ARENA, individually and in his official capacity
TRIGG COUNTY BOARD OF EDUCATION
JAMES MANGELS, individually and in his official capacity                   DEFENDANTS

The parties, by and through counsel, having agreed to dismiss this matter, with prejudice; and the Court now being otherwise sufficiently advised;

IT IS HEREBY ORDERED that this matter is hereby dismissed, with prejudice, with each party to pay their own costs.  This case is now closed.

*Thomas B. Russell* (signature)

**Thomas B. Russell, Senior Judge**
**United States District Court**

May 12, 2021

cc: counsel